41 A.3d 854

**PPM ATLANTIC RENEWABLE**

v.

**FAYETTE COUNTY ZONING BOARD,**
**Neil Brown and Thomas J. Bozek.**

**Petition of Thomas J. Bozek.**

Supreme Court of Pennsylvania.

April 4, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 4th day of April, 2012, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by Petitioner are:

(1) Is Appellant required to appeal a Pennsylvania Municipalities Planning Code bond order even though both the statute and all case law existing at the time of the appeal state that it is not a final order?

(2) Can and should the courts retroactively apply the *Takacs* [*v. Indian Lake Borough, Zoning Hearing Board,* 18 A.3d 354 (Pa.Cmwlth.2011) ] rationale?